FILED
SUPERIOR COURT
OF GUAM

2022 JUL 11 PM 2:58

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>                   Plaintiff,<br><br>vs.<br><br>THOMAS EUGENE VILLAGOMEZ TOVES,<br>DOB: 11/23/1998<br><br>                   Defendant. | Case No. CF0275-22<br><br>**DECISION AND ORDER**<br>**(Order Finding Defendant Competent to Stand Trial)** |

## INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on July 6, 2022, for a Competency Hearing. Assistant Public Defender Earl Espiritu appeared for Thomas Eugene Villagomez Toves ("Defendant"). Assistant Attorney General Yusuke Haffeman-Udagawa appeared for the People of Guam ("People"). Having considered the Defendant's Forensic Evaluation, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial.**

## BACKGROUND

On May 13, 2022, the Grand Jury indicted Defendant on the following charges: (1) Theft (As a Second Degree Felony); (2) Third Degree Robbery (As a Third Degree Felony); and (3) Possession of a Controlled Substance (As a Third Degree Felony). Indictment, May 13, 2022. Police records indicate Defendant allegedly stole a piece of jewelry from a store at

the Agana Shopping Center before turning himself into the Guam Police Department. Mag. Complaint, May 13, 2022. Defendant pled Not Guilty by Reason of Mental Illness, Disease, or Defect. Minute Entry, Jun. 2, 2022. Pursuant to 9 GCA § 7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a qualified psychologist. Order for Forensic Evaluation, Jun. 2, 2022. On June 15, 2022, Defendant underwent his forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at CSFC. Forensic Evaluation at 2, Jun. 17, 2022. The Court held a hearing on July 6, 2022, to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court found Defendant competent to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness . . . he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).

Dr. Rapadas stated in his forensic evaluation "[t]aken all data in total, it is my opinion that Mr. Toves is currently competent to be proceeded against and to be sentenced." Forensic Evaluation at 5. Defendant agrees with Dr. Rapadas's statement and does not contest his findings. Digital Recording at 2:33:56–2:54:02 (Mot. H'rg. July 6, 2022). Accordingly, the Court finds Defendant competent to stand trial.

# FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the above reasons, the Court makes the following findings of fact and conclusions of law:

- Defendant does possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).

- Defendant is currently competent to stand trial.

- Defendant can make any diminished capacity defense he may have at trial.

SO ORDERED, this _____ day of ___ JUL 1 1 2022 ___ 2022.



_____
HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam